

Kaufman Dolowich & Voluck, LLP

Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601-7086

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kdvlaw.com

October 22, 2018

**Via ECF**
Honorable Mark Falk, U.S.M.J.
District of New Jersey
Martin Luther King Bldg.
50 Walnut Street
Newark, New Jersey 07101

      Re:    **Brown v. 533 Main Street Urban Renewal, LLC.**
                **Civil Action No. 2:18-cv-02925-WJM-MF**

Dear Judge Falk:

      As you know, this firm represents defendant 533 Main Street Urban Renewal, LLC ("533 Main") in the above referenced matter. This letter is jointly submitted with counsel for Plaintiff to advise the Court that the parties have reached a settlement in this matter. The parties anticipate submitting their F.R.C.P. Rule 41 Stipulation of Dismissal with Prejudice shortly.

      Accordingly, we respectfully request that all current deadlines and conferences, including the telephone conference scheduled for October 26th, be adjourned *sine die* pending the finalization of the settlement.

      We thank Your Honor for all courtesies extended.

                              Respectfully submitted,
                              Kaufman Dolowich & Voluck, LLP

                              By: _____
                                  EMILY KORNFELD

cc: All Counsel of Record (via ECF)